# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARLENE FRAKES f/k/a DARLENE BREWER,<br><br>      Plaintiff,<br><br>v.<br><br>OK RESTAURANT HOLDINGS LLC; FALCON HOLDINGS MANAGEMENT, LLC; CKE RESTAURANT HOLDINGS, INC.; TROY BEATS; PETE PASCUZZI; and ASLAM KHAN,<br><br>      Defendants. | Case No. 20-CV-99-GKF-JFJ |

## JUDGMENT OF REMAND

Pursuant to the court's order dated June 4, 2020, the court remands this case to the District Court in and for Tulsa County, Oklahoma.

ENTERED this 4th day of June, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE